UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
JUN 22 2016
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | No. **4:16CR00261 CDP/DDN** |
| KIMBERLY S. KLUVER, ) | |
| Defendant. ) | |

## INDICTMENT

### COUNT I
(Bank Fraud)

The Grand Jury charges that:

On or about May 16, 2016, in Kirkwood, Missouri, which is within the Eastern District of Missouri, and elsewhere, the defendant,

**KIMBERLY S. KLUVER,**

knowingly executed and attempted to execute a scheme and artifice to obtain moneys, funds, and other property under the custody and control of the Commerce Bank, a financial institution that was then insured by the Federal Deposit Insurance Corporation, by means of material false and fraudulent pretenses and representations, to wit: defendant presented the identification of "H.W." without her permission in an attempt to obtain funds under the custody and control of Commerce Bank.

All in violation of Title 18, United States Code, Sections 1344 and 2.

### COUNT II
(Aggravated Identity Theft)

On or about May 16, 2016, in Kirkwood, Missouri, which is within the Eastern District of Missouri, and elsewhere, the defendant,

**KIMBERLY S. KLUVER,**

did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person, to wit, the name of "H.W." during and in relation to a felony violation enumerated in Title 18, United States Code, Section 1028A(c), to wit, bank fraud in violation of Title 18, United States Code, Section 1344.

All in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## COUNT THREE
(Identity Theft)

The Grand Jury charges that:

On or about May 16, 2016, in Kirkwood, Missouri, which is within the Eastern District of Missouri, and elsewhere, the defendant,

**KIMBERLY S. KLUVER,**

the defendant herein, in a matter affecting interstate commerce, did knowingly possess or use, without lawful authority, a means of identification of another person, to wit, a Missouri Driver License bearing the name and date of birth of "H.W.", with the intent to commit, or in connection with, the felony offense of stealing, in violation of Chapter 570, Section 570.030.1, Missouri Revised Statutes.

All in violation of Title 18, United States Code, Sections 1028(a)(7) and 2.

## FORFEITURE ALLEGATION

The Grand Jury further finds by probable cause that:

1. Pursuant to Title 18, United States Code, 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), upon conviction of an offense in violation of Title 18, United States Code, Section 1344 as set forth in Count I of this Indictment, the defendant shall forfeit to the United States of America any property, real or personal, which constitutes or is derived from proceeds traceable to the violation.

2.	Money Judgment: Subject to forfeiture upon a conviction of Count I is a sum of money equal to the total value of property, real or personal, constituting or derived from any proceeds traceable to such violation.

3.	If any of the property described above, as a result of any act or omission of the defendant(s):

   a.	cannot be located upon the exercise of due diligence;

   b.	has been transferred or sold to, or deposited with, a third party;

   c.	has been placed beyond the jurisdiction of the court;

   d.	has been substantially diminished in value; or

   e.	has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney


_____
JENNIFER J. ROY, #47203MO
Assistant United States Attorney